957 So.2d 166 (2007)
STATE ex rel. James ORMOND
v.
STATE of Louisiana.
No. 2006-KH-2262.
Supreme Court of Louisiana.
June 1, 2007.
In re Ormond, James;Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. H, No. 95-6288; to the Court of Appeal, Fifth Circuit, No. 06-KH-272.
Denied. Time-barred, not cognizable, and repetitive. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3 State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172, cf. La. C.Cr.P. art. 930.4(D).